UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

ALEXANDRA POOLE,

                Plaintiff,

vs.

THE RENNSELAERVILLE INSTITUTE, INC.,

                Defendant
------------------------------------------------- x

Civil Action No. 1:21-cv-00943(MAD)(ATB)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alexandra Poole, by and through her undersigned counsel, hereby dismisses with prejudice all claims (including Count 1) asserted in her First Amended Complaint And Demand For Jury Trial (Doc. 19) against Defendant The Rensselaerville Institute, Inc.

Dated: 4/5, 2023

By: _____
Timothy J. McInnis
Bar Roll No. 513087
McInnis Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (212) 292-4573
Fax: (212) 292-4574
Email: Tmcinnis@mcinnis-law.com

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: April 10, 2023
       Albany, NY